# David S. J. Rubin
ATTORNEY AT LAW
140 FELL COURT
HAUPPAUGE, NEW YORK 11788
(631) 952-5500
Fax (631) 952-5600

May 14, 2012

**VIA ECF**

Hon. Brian M. Cogan
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **C.I.A. Construction Group Corp. v. Westchester Fire Insurance Company/ Westchester Fire Insurance Company v. L-C Construction Consulting Corp. Case No. 11-CV-0468(BMC) Trial Date May 21, 2012**

Dear Judge Cogan:

Enclosed please find Consent to Change Attorney in the above referenced matter duly executed by the client, L-C Construction Consulting Corporation and the undersigned as out-going attorney, as well as John A. Servider, Esq., as in-coming attorney. The file has already been picked up by the client for delivery to Mr. Servider.

Mr. Serviders Pacer ID:, is JS7705 and ECF ID:, is JServider.

Respectfully submitted,

DAVID S.J. RUBIN

DSJR/sms
cc: Agovino & Asselta, LLP
    Pinks, Arbeit & Nemeth, Esqs.
    L-C Construction Consulting Corp.

UNITED STATES DISTRICT COURTY
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

The C.I.A. Contruction Corp.                    Case No.: 11-CV-0468

                      Plaintiff,       **CONSENT TO CHANGE**
- against -                                     **ATTORNEY**

Westchester Fire Insurance Company,
                      Defendant.
---------------------------------------------------------------X
Westchester Fire Insurance Company,

                      Defendant/Third-Party Plaintiff,

-against-

L-C Construction Consulting Corporation,

                      Third-Party Defendant.
---------------------------------------------------------------X

      IT IS HEREBY CONSENTED THAT, JOHN A. SERVIDER, 65-12 69th Place, Middle Village, New York 11379, be substituted as attorney(s) of record for the undersigned party(ies) in the above entitled action in place and stead of the undersigned attorney(s) as of the date hereof.

Dated: Hauppauge, New York
         May 14, 2012

                                               Joe Passanante, Treasurer

                                               11-3444717

                                             John A. Servider (JS 8630)
                                           Incoming Attorney

                                           David S. Rubin (DR4905)
STATE OF NEW YORK)                       Outgoing Attorney
                    ) ss:
COUNTY OF SUFFOLK)

On the 14th day of May, in the year 2012 before me, the undersigned, personally appeared, Joseph Passanante personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

_____
      Notary Public

KAREN ROTAN
NOTARY PUBLIC STATE OF NEW YORK
SUFFOLK COUNTY
LIC. #01RO6056403
COMM. EXP. 1/13/13