# EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

C.I.A. CONSTRUCTION GROUP
CORPORATION,

                              Plaintiff,                        11 Civ. 468 (BMC)

      -against-

WESTCHESTER FIRE INSURANCE
COMPANY,

                              Defendant.

-------------------------------------------------------- X

## VERDICT FORM

1

COURT EXHIBIT
2

I. **C.I.A.'S CLAIM AGAINST WESTCHESTER**

   1. Did C.I.A. prove, by a preponderance of the evidence, that L-C breached its contract with C.I.A.?

      Yes _____   No __✓__

      **(If your answer to question 1 is yes, proceed to question 2. If your answer to question 1 is no, proceed to question 4.)**

   2. Did L-C's breach of the contract cause C.I.A. to suffer damages?

      Yes _____   No _____

      **(If your answer to question 2 is yes, proceed to question 3. If your answer to question 2 is no, proceed to question 4.)**

   3. Set forth the sum owed to C.I.A. by Westchester as a result of L-C's breach.

      $_____

II. **L-C'S CLAIM AGAINST C.I.A.**

   4. Did L-C prove, by a preponderance of the evidence, that C.I.A. breached its contract with L-C?

      Yes __✓__   No _____

      **(If your answer to question 4 is yes, proceed to question 5. If your answer to question 4 is no, sign the bottom of this form and report to the Court.)**

2

5. Did C.I.A.'s breach of the contract cause L-C to suffer damages?

   Yes _✓_       No _____

   **(If your answer to question 5 is yes, proceed to question 6. If your answer to question 5 is no, sign the bottom of this form and report to the Court.)**

6. Set forth the amount of damages to L-C caused by C.I.A.'s breach.

   $ _32,693.43_

We, the Jury duly empanelled and sworn in the above-entitled action, upon our oaths, do find the above verdict.

_____
Foreperson

Dated: May _24_, 2012

3